IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERALDINE CROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-W-1130-E |
| ) | (WO) |
| CENTRAL ALABAMA HOME HEALTH ) | |
| SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion to consolidate cases and to partially reinstate this action filed by defendants Central Alabama Home Health Services and Schraeder (Doc. # 36) and for good cause, it is

ORDERED that the motion to consolidate is DENIED.[1]

It is further ORDERED that the motion to partially reinstate the action is DENIED without prejudice. Defendant Central Alabama Home Health Services is DIRECTED to file a report, on or before May 15, 2006, and every sixty days thereafter until this case is resolved or reinstated, advising the court of the status of the Hutchinson bankruptcy proceeding.

DONE, this 13th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiffs in Cook have indicated that they do not consent to the exercise of jurisdiction by a Magistrate Judge. (Cook v. Campbell, 2:01CV1425-ID, Doc. # 38, p. 4). Without the consent of the Cook plaintiffs, the undersigned Magistrate Judge cannot resolve their claims.