IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GERALDINE CROWELL,                      )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          CIVIL ACTION NO. 01-W-1130-E
                                        )                    (WO)
CENTRAL ALABAMA HOME HEALTH  )
SERVICES, INC., et al.,                 )
                                        )
            Defendants.                 )

**ORDER**

In view of the court's denial of the defendant's motion seeking reinstatement of this

stayed action to the active docket of the court, it is

ORDERED that defendants' motion for summary judgment (Doc. # 38) is DENIED

without prejudice.  Defendants may renew the motion when the stay of this action is lifted.

DONE, this 26th day of April, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE